UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 3:26-cr-59/TKW

ARZALEA TESHEAN MCLAUGHLIN,
a/k/a ZAE, a/k/a DUFF, a/k/a DUFFLE
_____/

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed.
R. Crim. P., and has entered a plea of guilty to Counts  One, Two, Three, and Four
of the indictment.  After cautioning and examining the Defendant under oath
concerning each of the subjects mentioned in Rule 11, I determined the guilty plea
was knowing and voluntary and the offense charged is supported by an independent
basis in fact containing each of the essential elements thereof.  I therefore
recommend the plea of guilty be accepted and the Defendant be adjudicated guilty
and have sentence imposed accordingly.

Dated:       June 25, 2026.

/s/ *Hope Thai Cannon*

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

3:26-cr-59/TKW

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within twenty-four (24) hours after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

3:26-cr-59/TKW