# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                                                    Case No.  3:26-cr-59/TKW

ARZALEA TESHEAN MCLAUGHLIN,,
a/k/a ZAE; a/k/a DUFF; a/k/a DUFFLE

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, ARZALEA TESHEAN MCLAUGHLIN**,** to Counts One, Two, Three, and Four of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 29th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**